### 10766

#### MILES SHOE CO. v. WILLIAMS *ET AL.*
(109 S. E. 888)

PLEADING—Order striking out answers as sham and frivolous *held* proper.

Before DEVORE, J., Lexington, August, 1921.    Affirmed.

Action by W. H. Miles Shoe Co. against T. H. Williams and J. J. Lucas, partners as Williams & Lucas. From order striking out answers and giving judgment for plaintiff the defendants appeal.

*Messrs. Efird & Carroll,* for appellants, cite: *Issues must be tried by jury, not on affidavits:* 106 S. C., 544.

*Mr. E. A. Blackwell,* for respondent, cites: *Answer contains no denial, and is bad:* Code Proc. 1912, Sec. 199, Subd. 1; 101 S. C., 113; 20 Enc. Pl. & Pr., 78; 30 Cyc., 585; 15 Enc. Pl. & Pr., 942.

December 10th, 1921.

The opinion of the Court was delivered by MR. CHIEF JUSTICE GARY.

This is an appeal from an order striking out certain answers as sham and frivolous.

The ruling of his Honor, the Circuit Judge, is fully sustained by the cases of *Germofert Co. v. Castles,* 97 S. C., 398; 81 S. E., 665; *Interstate Ch. Cor. v. Farmington Cor.,* 100 S. C., 196; 84 S. E., 710, and *Bank v. Fripp,* 101 S. C., 185; 85 S. E., 1070.

Appeal dismissed.